# FILED

DEC 2 1 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
‾‾ _____ Deputy

TIMOTHY M. BURGESS
United States Attorney

J. Thomas Bartleson
Special Assistant U.S. Attorney
101 12th Avenue
Box 2, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6511/6510
Fax:(907)353-6501

Attorneys for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DARRIN E. MOORE,

    Defendant

F05    0044    CR

CR NR

**COUNT ONE**
Operating a Vehicle While Intoxicated
(Class A Misdemeanor)
Violation of AS 28.35.030 and 18 U.S.C. § 13

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

That on or about the 28th day of April, 2005, at Fort Wainwright, Alaska, a military

reservation in the District of Alaska acquired for the use of the United States and under the

concurrent jurisdiction thereof, the Defendant DARRIN E. MOORE, did unlawfully operate or

drive a motor vehicle while under the influence of intoxicating liquor, in violation of Alaska

Statutes § 28.35.030(a), as assimilated into federal law by operation of 18 U.S.C. § 13.



ORIGINAL

Dated this 21st day of December, 200 5, at Fort Wainwright, Alaska.

TIMOTHY M. BURGESS
United States Attorney

J. THOMAS BARTLESON
Special Assistant U.S. Attorney