UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   DARRIN E MOORE

THE HONORABLE TERRANCE W HALL

DEPUTY CLERK                                      CASE NO.   4:05-CR-0044-TWH

TINA J GROTHAUSE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: January 11, 2006

    Summons issued by the court in the above case has been returned unexecuted. Arraignment set for **FEBRUARY 3, 2006 at 9:00 a.m.** is hereby **vacated**. The government is directed to provide the court with an appropriate address for the defendant or file a status report within 30 days. Arraignment will be reset and summons reissued upon clerk's receipt of this address.

[]{UNEXSUM.WPD*Rev.2/9}