UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
 )
       Plaintiff, )
 ) Case No. 4:05-cr-00044-TWH
v. )
 )
DARRIN E. MOORE, )
 )
       Defendant. )
 )

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(d)(1)

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    ___ The court has granted the motion of the government for dismissal with/without prejudice;
    ___ The court has granted the motion of the defendant for a Judgment of Acquittal;
    ___ A jury has been waived, and the court has found the defendant NOT GUILTY;
    ___ The jury has returned its verdict, finding the defendant NOT GUILTY;
    _X_ The government has not filed additional service information as directed by the Court for the offense of DWI as charged in count(s) 1 of the Information.

    **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

    DATED at Fairbanks, Alaska, this 15 day of March, 2006.

**REDACTED SIGNATURE**

                              TERRANCE W. HALL
                              United States Magistrate Judge

[judgment of discharge 05-cr-44.wpd]{DISCHARG.WPD*Rev.2/97}